```
 1  SHARI L. WHITE, SBN 180438
    SARA ZALKIN, SBN 223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415-986-5591
    Facsimile: 415-421-1331
 4
    Attorneys for Defendant
 5  LORENZO URISTA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR 10-00824-DLJ |
| v. | ORDER SETTING CONDITIONS OF RELEASE |
| LORENZO URISTA, et al., | |
| Defendant. | |

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that defendant, LORENZO URISTA, be released upon the following terms and conditions:

1. A $50,000 bond secured by real property owned by Angelica Urista;

2. Signature bond co-signed by six viable sureties:
   Angelica Urista
   Noemi Urista
   Lesley Urista
   Asuncion Urista
   Carina Urista
   Linda Urista

3. Report to Pretrial Services immediately upon release and thereafter as directed;

4.  Seek and/or maintain verifiable employment;

5.  Surrender of passport and agree to not apply for any new passport or travel documents;

6.  Shall not travel outside the Northern District of California;

7.  Shall not change residence without prior approval of Pretrial Services;

8.  Shall refrain from the use of alcohol;

9.  Shall refrain from use or unlawful possession of a narcotic drug or other controlled substance without a legal prescription;

10. Submit to any method of chemical testing as required by Pretrial Services;

11. Shall participate in drug, alcohol or mental health counseling and submit to drug, alcohol testing as directed by Pretrial Services; and

12. Submit to location monitoring as directed by Pretrial Services.

Dated:

_____
D. LOWELL JENSEN, Judge
United States District Court