MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

*E-FILED - 1/31/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANGEL TOPETE,<br>Defendant. | No. 10-CR-00824-DLJ<br><br>STIPULATION AND [] ORDER CONTINUING HEARING DATE |

The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for February 9, 2012, be continued to April 12, 2012.

On August 2, 2011, ANGEL TOPETE pleaded guilty plead guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for

the purpose of evading reporting requirements, in violation of 31 U.S.C. § 5324(a)(3). He has been released and is currently on bond.

The parties are requesting that his sentencing hearing be reset to April 12, 2012.

No other defendants are affected by this request.

SO STIPULATED:

Dated: January 26, 2012 /S/
Thomas A. Colthurst
Assistant United States Attorney

Dated: January 26, 2012 /S/
Peter A. Leeming, Esq.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Angel Topete*, scheduled for February 9, 2012, is continued to April 12, 2012, at 10:00 a.m.

DATED: 1/31/12

THE HONORABLE D. LOWELL JENSEN
United States District Judge