Law Office of Graham Archer
Graham Archer, State Bar No. 262464
95 S. Market Street, Suite 300
San Jose, CA 95113
Phone (408) 596-9451
Fax (408) 596-5657

Counsel for Defendant
David Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>David Martinez<br><br>Defendant | Case No.: CR 10-00824-6 DLJ<br><br>***STIPULATED* REQUEST TO CALENDAR AND ORDER** |

  Defendant David Martinez and the Government, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled for February 2, 2012 at 10:00 a.m. may be continued to Thursday, February 23 at 10:00 a.m. The reason for the requested continuance is to accommodate the schedule of the chemist Defendant Martinez intends to call at sentencing, as said chemist is unavailable due to a prior trial testimony commitment. All parties and their chemists are available February 23rd.

//
//
//
//

-1-

All parties, by and through their respective counsel, hereby stipulate and agree that the instant case should be set for sentencing hearing on Thursday, February 23rd, 2012 at 10:00 a.m.

_____ \_\_\_/S/_____
DATED GRAHAM ARCHER
Attorney for Defendant David Martinez

_____ \_\_\_/S/_____
DATED THOMAS COLTHURST
Assistant United States Attorney

| | |
|---|---|
| Law Office of Graham Archer<br>Graham Archer, State Bar No. 262464<br>95 S. Market Street, Suite 300<br>San Jose, CA 95113<br>Phone (408) 596-9451<br>Fax (408) 596-5657<br><br>Counsel for Defendant<br>David Martinez | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>David Martinez<br><br>    Defendant | Case No.: CR 10-00824-6 DLJ<br><br>*[]* **ORDER FOR CONTINUATION OF SENTENCING HEARING** |

    Good cause appearing therefore, it is hereby ordered that the sentencing hearing for David Martinez, previously scheduled for February 2, 2012 at 10:00 a.m. is continued to Thursday, February 23, 2012 at 10:00 a.m.

Dated: FDFDFG                                    _____

                                                        Hon. D. Lowell Jensen<br>                                                        District Judge