MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

**FILED**

MAR - 7 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LORENZO RAUL URISTA,<br><br>   Defendant. | No. 10-CR-00824-DLJ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER AMENDING BOND |

     The defendant LORENZO RAUL URISTA, represented by Shari L. White, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request the modification of paragraph 1 of this Court's December 20, 2011, order setting a bond for URISTA, which provided that one of the conditions of release was "[a] $50,000 bond secured by real property owned by Angelica Urista." The parties request that paragraph 1 be modified as follows: "a $50,000 bond secured by a surety bond by International Fidelity Insurance Company." Copies of the surety bond, power of attorney by International Fidelity Insurance Company, and Certificate of Discharge are Exhibits 1, 2 and 3, respectively.

STIPULATION AND [PROPOSED] ORDER
Case No. 10-CR-00824-DLJ

SO STIPULATED:

Dated: March 1, 2012                    /S/
                                        Thomas A. Colthurst
                                        Assistant United States Attorney


Dated: March 1, 2012                    /S/
                                        Shari L. White, Esq.
                                        Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS the modification of paragraph 1 of this Court's December 20, 2011, order setting a bond for LORENZO RAUL URISTA, which provided that one of the conditions of release was "[a] $50,000 bond secured by real property owned by Angelica Urista," and that paragraph 1 shall be modified to read as follows: "a $50,000 bond secured by a surety bond by International Fidelity Insurance Company."

DATED: 3/7/12

_____
THE HONORABLE ~~PAUL S. GREWAL~~
UNITED STATES MAGISTRATE JUDGE
Howard R. Lloyd

**INTERNATIONAL FIDELITY
INSURANCE COMPANY**

) ASSOCIATED BOND AND INSURANCE AGENCY INC.
P.O. BOX 9810
CALABASAS, CA 91372-9810
(800) 935-2245

**UNITED STATES DISTRICT COURT**

)R THE __NORTHERN__    DISTRICT OF __CALIFORNIA (SAN JOSE)__

UNITED STATES OF AMERICA
Plaintiff,
vs.

__Lorenzo Raul Urista__
Defendant,

Magistrate Docket # _____

Criminal No. __10-CR-00824-DLJ__

**SURETY BOND FOR PRELIMINARY AND/OR
COURT APPEARANCE OF DEFENDANT**

The above named defendant having been charged with violation(s) of Title __21__, United States Code Section(s) __841(A)(1); 841(b)(1)(A)__, and bail having been set in the sum of $ __50,000.__ herein.
We, the undersigned, jointly and severally acknowledge that we and our personal representatives are bound to the United States of erica on this appearance bond in the sum of __Fifty Thousand and no/100__ Dollars ($ __50,000.__ ) ject to the conditions below.
The conditions of this bond are that the above defendant is to appear on __May 3__, __2012__ at __9:00 a.m.__, before a United States Magistrate/Judge for the above named court, and at such other places as the defendant be required to appear in the above named referenced case as may be ordered by the Magistrate or by the United States District Court or other United States District Court to which the defendant may be removed or the cause transferred. It is agreed and understood that this is ntinuing bond guaranteeing defendant's appearance in court when required through and including sentencing should same occur.
If the defendant appears at all times as ordered then this bond is to be void and exonerated, but if the defendant fails to appear in court it such other places as may be ordered by the court, forfeiture of the bond may be declared by any United States District Court having nizance of the above entitled matter at the time of or after such nonappearance. If this bond is forfeited and the forfeiture is not set aside or itted, judgment may be entered upon motion in such United States District Court against each debtor as provided by the Federal Rules of ninal Procedure and by other laws of the United States.
This bond form must be accompanied by a Power of Attorney of the **INTERNATIONAL FIDELITY INSURANCE COMPANY**, ch must reflect a power amount, minimally the sum of this undertaking. The terms and conditions appearing on said power of attorney are rporated herein by this reference.
This bond executed this __1st__ day of __March__, 20 __12__ at __San Jose, California__.

**)ND APPROVED, DEFENDANT ORDERED RELEASED**

TE _____

:. DISTRICT JUDGE. MAGISTRATE

nature of Defendant
__8055 Monterey Street__
jress of Defendant
__Morgan Hill, CA 94037__
y, State, & Zip Code

ephone

Signature of surety acknowledged before me this
_____ day of _____, 20 ___.

_____
DEPUTY CLERK
**INTERNATIONAL FIDELITY
INSURANCE COMPANY**

Attorney-in-fact

m#108-U.S.APP.-IFIC-4/98



ily the original Power of Attorney will bind this Surety.

# CERTIFICATE OF DISCHARGE
## INTERNATIONAL FIDELITY INSURANCE COMPANY
P.O. BOX 9810, CALABASAS, CA 91372-9810 (800) 935-2245

POWER NUMBER **IF50K-1994**

POWER VOID DATE: **March 31, 2012**   |   **790,036**   POWER AMOUNT $ **50,000**

ORIGINAL POWER OF ATTORNEY DID NOT EXCEED THE SUM OF

**FIFTY THOUSAND************************************

Amt $ **-50,000.00**    Date Executed **3/1/2012**

dant **Lorenzo Raul Urista**    D.O.B. **2/6/1980**

# **10-CR-00824-DLJ**    Appearance Date **5/3/12 9:00Am**

se **Title 21 Sections 846, 841(a)(1); 841(b)(1)(A)**

County **Santa Clara**

City **San Jose**    Court State **CA**    Div./Dept. _____

**COURT USE ONLY**

Discharge Date: _____

Clerk Signature: _____

X _____
AGENT INITIALS

rite, give orig. power # _____    ☐ Increase   ☐ Decrease

ting Agent _____    **CA License 1845807**
Signature/If applicable, add your COURT assigned Agent #

Form# IFI.0102 (8/07)

**DISCHARGE COPY**

00103935