MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> DAVID MARTINEZ, ) <br> ) <br>    Defendant. ) <br> _____ ) | No. 10-CR-00824-DLJ <br><br> STIPULATION AND [] <br> ORDER CONTINUING HEARING DATE |

     The defendant DAVID MARTINEZ, represented by Graham E. Archer, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for March 22, 2012, be continued to April 26, 2012.

     On February 14, 2011, DAVID MARTINEZ pleaded guilty plead guilty to possessing with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). He has been detained since he was arrested on November 15, 2010.

     The parties are requesting that his sentencing hearing be reset to April 26, 2012. This

will be an evidentiary hearing, and the parties are still gathering and exchanging discovery relevant to this hearing. In particular, counsel for the defendant requests more time for preparation. The government requests the date of April 26 because that is a date on which both the forensic chemist and the DEA case agent are available.

No other defendants are affected by this request.

SO STIPULATED:

Dated: March 15, 2012       /S/
Thomas A. Colthurst
Assistant United States Attorney

Dated: March 15, 2012       /S/
Graham E. Archer, Esq.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States V. David Martinez*, scheduled for March 22, 2012, is continued to April 26, 2012, at 10:00 a.m.

DATED: _____
THE HONORABLE D. LOWELL JENSEN
United States District Judge