Law Office of Graham Archer
Graham Archer, State Bar No. 262464
95 S. Market Street, Suite 300
San Jose, CA 95113
Phone (408) 596-9451
Fax (408) 596-5657

Counsel for Defendant
David Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>David Martinez<br><br>　　　　Defendant | Case No.: CR 10-00824-6 DLJ<br><br>***STIPULATED* REQUEST TO CALENDAR** |

　　　　Defendant David Martinez and the Government, by and through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled for April 26, 2012 at 10:00 a.m. may be continued to May 24, 2012 at 10:00 a.m. The reason for the requested continuance is to accommodate the schedule of Mr. Martinez's fiancé, Celia Jimenez, who is traveling for business and unavailable. Mr. Martinez intends to call Ms. Jimenez at sentencing. May 24, 2012 is the first available date that all parties are available.

//

//

//

//

All parties, by and through their respective counsel, hereby stipulate and agree that the instant case should be set for sentencing hearing on May 24, 2012 at 10:00 a.m.

_____      \_\_/S/_____
DATED      GRAHAM ARCHER
     Attorney for Defendant David Martinez

_____      \_\_/S/_____
DATED      THOMAS COLTHURST
     Assistant United States Attorney

Law Office of Graham Archer
Graham Archer, State Bar No. 262464
95 S. Market Street, Suite 300
San Jose, CA 95113
Phone (408) 596-9451
Fax (408) 596-5657

Counsel for Defendant
David Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>David Martinez<br><br>　　　　Defendant | Case No.: CR 10-00824-6 DLJ<br><br>***[]* ORDER FOR CONTINUATION OF SENTENCING HEARING** |

　　　Good cause appearing therefore, it is hereby ordered that the sentencing hearing for David Martinez, previously scheduled for April 26, 2012 at 10:00 a.m. is continued to Thursday, May 24, 2012 at 10:00 a.m.

Dated: _____  　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. D. Lowell Jensen
　　　　　　　　　　　　　　　　　　District Judge