MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5065
Fax: (408)-535-5066
E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           ) <br>       Plaintiff,      ) <br>           ) <br>   v.       ) <br>           ) <br> ANGEL TOPETE,       ) <br>           ) <br>       Defendant.      ) <br> _____ ) | No. 10-CR-00824-DLJ <br><br> STIPULATION AND [] <br> ORDER CONTINUING HEARING DATE |

The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for June 14, 2012, be continued to August 2, 2012.

On August 2, 2011, ANGEL TOPETE pleaded guilty plead guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for

1  the purpose of evading reporting requirements, in violation of 31 U.S.C. § 5324(a)(3). He has
2  been released and is currently on bond.
3  　　　The parties are requesting that his sentencing hearing be reset to August 2, 2012.
4  　　　No other defendants are affected by this request.
5  SO STIPULATED:

7  Dated: June 7, 2012                /S/
8                                     Thomas A. Colthurst
                                       Assistant United States Attorney

10 Dated: June 7, 2012                /S/
11                                    Peter A. Leeming, Esq.
                                       Attorney for Defendant

13 　　　Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
14 hearing for *United States v. Angel Topete*, scheduled for June 14, 2012, is continued to August 2,
15 2012, at 10:00 a.m.

18 DATED:  Î ŦGŦG

                                       THE HONORABLE D. LOWELL JENSEN
19                                     United States District Judge