MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>JORGE PLANCARTE,<br><br>    Defendant. | No. CR 10-00824-DLJ<br><br>STIPULATION AND []<br>ORDER CHANGING STATUS HEARING<br>FROM DECEMBER 6, 2012, AT 9:00 A.M.<br>TO DECEMBER 11, 2012 AT 10:00 A.M.<br>AND EXCLUDING TIME FROM<br>DECEMBER 6, 2012 TO DECEMBER 11,<br>2012 |

The defendant JORGE PLANCARTE, represented by Lupe Martinez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the that the December 6, 2012, status hearing for JORGE PLANCARTE be rescheduled to December 11, 2012, at 10:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from December 6, 2012, to December 11, 2012, to permit the parties the reasonable time necessary for effective preparation.

////

////

*US v. Plancarte,* CR 10-00824-DLJ
Stipulation and [] Order re Status Hearing

SO STIPULATED:

Dated: December 5, 2012         /S/
                                Thomas A. Colthurst
                                Assistant United States Attorney


Dated: December 5, 2012         /S/
                                Lupe Martinez, Esq.
                                Attorney for Defendant


**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from December 6, 2012, at 9:00 a.m. to December 11, 2012 at 10:00 a.m.

For good cause shown, the Court further finds that failing to exclude the time between December 6, 2012 and December 11, 2012, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 6, 2012 and December 11, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between December 6, 2012 and December 11, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: _____

THE HONORABLE D. LOWELL JENSEN
United States District Judge

*US v. Plancarte,* CR 10-00824-DLJ
Stipulation and [] Order re Status Hearing