MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANGEL TOPETE,<br><br>    Defendant. | No. 10-CR-00824-DLJ<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING DATE |

The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for December 13, 2012, be continued to February 7, 2013.

ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for the purpose of evading reporting

requirements, in violation of 31 U.S.C. § 5324(a)(3). He has been released and is currently on bond.

The parties are requesting that his sentencing hearing be reset to February 7, 2013.

No other defendants are affected by this request.

SO STIPULATED:

Dated: November 28, 2012  /S/
Thomas A. Colthurst
Assistant United States Attorney


Dated: November 28, 2012  /S/
Peter A. Leeming, Esq.
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. Angel Topete*, scheduled for December 13, 2012, is continued to February 7, 2013, at 10:00 a.m.

DATED: FGEFFEFG

THE HONORABLE D. LOWELL JENSEN
United States District Judge

STIPULATION AND [] ORDER
Case No. 10-CR-00824-DLJ                -2-