MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL TOPETE, <br><br> Defendant. | No. 10-CR-00824-DLJ <br><br> STIPULATION AND [] <br> ORDER CONTINUING HEARING DATE |

    The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for February 7, 2013, be continued to March 7, 2013.

    ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-captioned matter charging him with (1) use of communication facility in causing or facilitating the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. § 843(b), and (2) structuring currency transactions for the purpose of evading reporting

1  requirements, in violation of 31 U.S.C. § 5324(a)(3).  He has been released and is currently on
2  bond.
3         The parties are requesting that his sentencing hearing be reset to March 7, 2013.
4         No other defendants are affected by this request.
5  SO STIPULATED:

7  Dated: January 11, 2013              /S/
                                        Thomas A. Colthurst
8                                       Assistant United States Attorney

10 Dated: January 11, 2013              /S/
                                        Peter A. Leeming, Esq.
11                                      Attorney for Defendant

13     Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
14 hearing for *United States v. Angel Topete*, scheduled for February 7, 2013, is continued to March
15 7, 2013, at 10:00 a.m.

18   DATED:   _____            _____
                                            THE HONORABLE D. LOWELL JENSEN
19                                          United States District Judge