1  Michael W. Armstrong, Esq., (SBN: 87799)



4  600 University Ave. \ Palo Alto, Ca. 94301
   Tel. (650) 326-2980  Fax (650) 326-9704

   Attorney for Defendant
   Juan Pablo Bolivar

# UNITED STATES OF AMERICA
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JUAN PABLO BOLIVAR, ET AL.,<br><br>  Defendants. | Case No. CR 10-00824 DLJ<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE STATUS**<br>**HEARING**<br><br>Date:  March 28, 2013<br>Time:  9:00 a.m.<br>Court:  The Hon. D. Lowell Jensen |

It is hereby stipulated between the parties, Michael W. Armstrong, attorney for defendant, Juan Pablo Bolivar, and Assistant United States Attorney Thomas Colthurst for the United States of America, that the presently scheduled status hearing of March 28, 2013 be rescheduled to Thursday, April 11, 2013 at 9:00 a.m. before the Honorable D. Lowell Jensen.

The reason for the continuance is that Michael Armstrong, attorney for the defendant, was in trial in San Mateo County from March 4, 2013 through March 19, 2013. The trial took 12 days instead of the estimated 7 days, due to lengthy jury deliberations. That matter was *People v. Teran*, Case No. SC075607. On Monday, March 25, 2013, Mr. Armstrong starts another trial in the Palo Alto Superior Court. This matter is *People v. Eschbach*, Case No. B1049945. The trial is expected to last one week.

Mr. Armstrong has not been able to discuss the proposed Plea Agreement in enough detail yet with his client.

The parties agree that the time between March 28, 2013 through April 11, 2013 is properly excluded pursuant to the Speedy Trial Act, Title 18 United States Code, sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interests of justice.

SO STIPULATED:

Dated: March 25, 2013                NOLAN, ARMSTRONG & BARTON, LLP


_____/s/_____
Michael W. Armstrong
Attorney for Defendant, Juan Pablo Bolivar

MELINDA HAAG
United States Attorney


Dated: March 25, 2013                _____/s/_____
THOMAS COLTHURST
Assistant Unites States Attorney


**ORDER**

For the foregoing reasons, the Court continues the next status conference in this case from March 28, 2013 to April 11, 2013 at 9:00 a.m. For the reasons stated above, the Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. See U.S.C. § 3161(h)(7)(A) and 3161(h)(8)(7)(iv). Accordingly, time shall be excluded from March 28, 2013 through April 11, 2013.

SO ORDERED.

Dated: March Ĝ\_\_\_, 2013              _____
THE HONORABLE D. LOWELL JENSEN
U.S. DISTRICT COURT JUDGE