1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney                    <mark>E-FILING</mark>
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. 10-CR-00824-DLJ
                                     )
15        Plaintiff,                 )
                                     )
16     v.                            )    STIPULATION AND []
                                     )    ORDER CONTINUING HEARING DATE
17  ANGEL TOPETE,                    )
                                     )
18        Defendant.                 )
    _____)
19

20

21        The defendant ANGEL TOPETE, represented by Peter A. Leeming, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully

23  request that the sentencing hearing currently scheduled for September 26, 2013, be continued to

24  December 5, 2013.

25        ANGEL TOPETE pleaded guilty to a two-count Superseding Information in the above-

26  captioned matter charging him with (1) use of communication facility in causing or facilitating

27  the commission of a felony under the Controlled Substances Act, in violation of 21 U.S.C. §

28  843(b), and (2) structuring currency transactions for the purpose of evading reporting

1  requirements, in violation of 31 U.S.C. § 5324(a)(3). He has been released and is currently on

2  bond.

3       The parties are requesting that his sentencing hearing be reset to December 5, 2013,

4  because they need more time to frame their sentencing recommendations.

5       No other defendants are affected by this request.

6  SO STIPULATED:

7

8  Dated: September 17, 2013           _____/S/_____
                                     Thomas A. Colthurst

9                                       Assistant United States Attorney

10

11  Dated: September 17, 2013           _____/S/_____

12                                       Peter A. Leeming, Esq.
                                     Attorney for Defendant

13

14      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

15  hearing for *United States v. Angel Topete*, scheduled for September 26, 2013, is continued to

16  December 5, 2013, at 10:00 a.m.

17

18

19  DATED:    JEI EFH    _____

                                THE HONORABLE D. LOWELL JENSEN

20                                   United States District Judge

21

22

23

24

25

26

27

28